**JESSICA J. OLIVA**
California State Bar No. 312435
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jessica_Oliva@fd.org

Attorneys for Mr. Jose Alejandro Molina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSE ALEJANDRO MOLINA,<br><br>        Defendant. | CASE NO.: 20-mj-3521-BGS<br><br>Hon. Jill L. Burkhardt<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO COMPLY WITH CONDITIONS OF RELEASE** |

Jose Alejandro Molina, by and through his counsel of record, Jessica J. Oliva and Federal Defenders of San Diego, Inc. ("Federal Defenders"), hereby moves this Court to extend the deadline to move from Rosarito, Mexico to the United States as required under condition 9 of his pretrial release order. *See* ECF No. 11.

On September 16, 2020, Mr. Molina travelled from Rosarito, Mexico to San Diego, California to attend his initial appearance. The Court set a $10,000 personal appearance bond secured by Mr. Molina's own signature. The Court restricted his travel to San Diego County and the Central District of California, but permitted him to reside in Mexico for up to one additional week so that he could look for housing in the United States.

Mr. Molina has secured housing with a friend in Long Beach, California. However, Mr. Molina earns a modest income as a barber and does not have the financial ability to pay for his bus fare from Rosarito to Long Beach to travel today. He recently had to pay rent and utilities bills. Mr. Molina does, however, anticipate

1 | having the financial means on Tuesday—the date of his arraignment. He is scheduled
2 | to work every day until then. As a result, Mr. Molina requests that the Court extend
3 | the deadline for him to move to the United States until Tuesday, September 29,
4 | 2020.

The assigned AUSA in this case, Amanda Muskat, and Pretrial Services Officer, Daniel Kim, have no opposition.

                                      Respectfully submitted,

Dated:  September 23, 2020      *s/ Jessica J. Oliva*
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Mr. Jose Alejandro Molina
                                                 Email:  Jessica_Oliva@fd.org