**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSE ALEJANDRO MOLINA,<br><br>             Defendant. | Case No.  **20cr2999-AJB**<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation<br>of methamphetamine (Felony) |

The United States Attorney charges:

On or about August 21, 2020, within the Southern District of California, defendant, JOSE ALEJANDRO MOLINA, did knowingly and intentionally import 500 grams and more, to wit: approximately 18.88 kilograms (41.62 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  09/28/2020  .

ROBERT S. BREWER, JR.
United States Attorney

*/s/ Amanda T. Muskat*
AMANDA T. MUSKAT
Assistant U.S. Attorney

ATM:sc:9/28/2020