PS8D
(09/20)  October 26, 2020

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Jose Alejandro Molina   **Dkt No.:** 3:20CR2999-AJB-01

**Reg. No.:** N/A

**Name of Judicial Officer:** The Honorable Anthony J. Battaglia, U.S. District Judge (matter referred to the Honorable Jill L. Burkhardt, U.S. Magistrate Judge, for consideration)

**Date Conditions Ordered:** September 16, 2020, before the Honorable Jill L. Burkhardt, U.S. Magistrate Judge

**Charged Offense:** Title 21 U.S.C. 952/960 - Importation of Methamphetamine (felony)

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; the defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess a firearm, destructive device, or other dangerous weapon; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to: San Diego County, CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura), do not enter Mexico; the defendant must execute an appearance bond in the amount of $ 10,000 that is: Unsecured. *Additional Conditions:* actively seek or continue full-time employment, or schooling, or a combination of both; reside at a residence approved by the Pretrial Services Office, including any contract facility.

**Modification:** None

**Date Released on Bond:** September 16, 2020

**Next Court Hearing:** November 9, 2020, at 2:00 pm, for a Motion Hearing/Trial Setting before the Honorable Anthony J. Battaglia, U.S. District Judge

**Asst. U.S. Atty.:** Nelson Candelario, Jr.   **Defense Counsel:** Jessica Oliva (appointed)
(619) 546-9613   (619) 234-8467

**Prior Violation History:** None

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Special Condition)** Reside at a residence approved by the Pretrial Services Office, including any contract facility. | 1. The defendant failed to report to contract facility, Correctional Alternatives Inc. (CAI), as directed by 4:00 p.m. on October 20, 2020. |

*Grounds for revocation:*

On September 16, 2020, the Honorable Jill L. Burkhardt, U.S. Magistrate Judge, set conditions of Pretrial Release and ordered the defendant to reside at a residence approved by the Pretrial Services Office, including any contract facility. On September 28, 2020, Pretrial Services reviewed the Pretrial Release order with the defendant at a post-release intake interview, and he verbally acknowledged understanding and agreed to follow the condition of release.

On October 19, 2020, the defendant was residing in the Central District of California. The defendant's assigned Pretrial Services Officer in the Central District of California advised the defendant had no residence available as the defendant's cousin expressed discomfort housing him while undergoing court proceedings. The defendant's officer indicated she spoke with the defendant and instructed him to report to the Correctional Alternatives Inc. (CAI) contract facility on October 20, 2020, no later than 4:00 p.m.

On October 21, 2020, CAI staff advised Pretrial Services the defendant failed to appear at CAI on October 20, 2020, as directed. Pretrial Services attempted to contact the defendant to no avail. On October 22, 2020, Pretrial Services advised defense counsel the defendant failed to report to the contract facility and his whereabouts were unknown. As of the submission of this petition, defense counsel has not replied, and the defendant's whereabouts remain unknown.

**SUPERVISION ADJUSTMENT**

The defendant's adjustment to supervision is assessed as unsatisfactory. The defendant was directed by Pretrial Services to report to a contract facility and he failed to do so. The defendant's whereabouts are currently unknown. Based on the defendant's noncompliance, the defendant appears either unable or unwilling to abide by the Court's directives.

Criminal computerized record checks on this date reveal no new arrests or convictions.

**RECOMMENDATION/JUSTIFICATION**

Given the defendant's whereabouts are currently unknown, Pretrial Services respectfully recommends your Honor issue a no-bail bench warrant for the defendant's arrest, and he be ordered to show cause why his bond should not be revoked.

**I declare under penalty of perjury that the forgoing is true and correct.**

**Executed on:** October 26, 2020

Respectfully submitted:  Review and approved:

Lori Garofalo
Chief U.S. Pretrial Services Officer

by _____
Daniel Kim
U.S. Pretrial Services Officer
(619) 321-1426
Place: San Diego, California

Eric Kosmo
Supervisory U.S. Pretrial Services Officer

**THE COURT ORDERS:**

__X__ **AGREE,** issue a no bail bench warrant for the defendant's arrest and order him to show cause why his bond should not be revoked

_____ Other _____

_____  10/26/20
The Honorable Jill L. Burkhardt  Date
U.S. Magistrate Judge