UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 20CR2999-AJB |
| Plaintiff, | |
| v. | **JUDGMENT ON DEFAULT** |
| JOSE ALEJANDRO MOLINA, | |
| Defendant. | |

The Court finds by a preponderance of the evidence that defendant ROSA DE ARCOS breached the conditions of pretrial release by absconding from pretrial supervision and failing to appear in court on November 9, 2020.  Therefore, the bond and trust deed posted in the above-entitled matter on or about September 30, 2020 was and is forfeited. A motion for judgment on default was made by the plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, and after due notice of said motion having been served on all parties herein, including the Clerk of the Court as agent for the obligors on the bond, and a motion hearing held before this Court on said motion on December 14, 2020;

/ /

/ /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff, UNITED STATES OF AMERICA, does have and recover from defendant, JOSE ALEJANDRO MOLINA, judgment in the sum of $10,000.00.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

IT IS SO ORDERED.

Dated:  December 15, 2020

Hon. Anthony J. Battaglia
United States District Judge

*Judgment on Default*

2

*20CR2999-AJB*