# SENTENCING SUMMARY CHART
[✓] **AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]**
**Sentencing Date:** August 10, 2022

USPO [ ]
AUSA [✓]
DEF [ ]

Defendant's Name: Jose Alejandro Molina     Docket No.: 20CR2999-AJB

Attorney's Name: Kyle R. Watkins     Phone No.: 619-546-8664

Guideline Manual Used: November 1, 2021     Agree with USPO Calc.: No

| Field | Value |
|---|---|
| Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2D1.1 - based on labs: 16.46 Kilograms of methamphetamine ; | 38 |
| Specific Offense Characteristics: USSG § 2D1.1(5)(iii) Minor Role | 34 |
| 2D1.1(b)(18) Safety Valve | -2 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | -2 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: ( [ ] Combined (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.) | |
| Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b) | -3 |
| Total Offense Level: | 27 |
| Criminal History Score: | 0 |
| Criminal History Category: ( [ ] Career Offender [ ] Armed Career Criminal) | I |

Guideline Range:     from 70 mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)     to 87 mths

Departures:
USSG § Expeditious Resolution/Combination of Circumstances     -3
USSG

Resulting Guideline Range: Adjusted Offense Level  24     from 51 mths
**RECOMMENDATIONS:** 36 months' custody; 3 years' S/R; no fine; $100 S/A     to 63 mths

Based on information obtained after Defendant's interview with Probation, and in light of the factors in 3B1.2, the United States recommends a role reduction. While this was Defendant's second time crossing drugs and he was to be paid $4,000 for his involvement in the offense, Defendant was directed by a single individual, had no proprietary interest in the drugs, was not involved in the loading and unloading of the drugs, and did not know the type or quantity of the drugs. The variance is based on factors discussed in PSR paragraphs 69-79.